IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID G. WORTMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania, and the PENNSYLVANIA DEPARTMENT OF STATE,<br><br>    Defendants. | C.A. No.  1:24-CV-1655 |

## NOTICE OF VOLUNTARY DISMISSAL

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David G. Wortman, hereby voluntarily dismisses without prejudice all his claims against Defendants Al Schmidt and the Pennsylvania Department of State. Plaintiff's Notice of Dismissal is proper under Rule 41(a)(1) as Defendants have not yet filed an answer or motion for summary judgment.

| | |
|---|---|
| Dated: September 30, 2024 | Respectfully submitted, |

*s/ Triston Chase O'Savio*
Cortland C. Putbrese (Bar No. VA 46419)
DUNLAP BENNETT & LUDWIG PLLC
6802 Paragon Place, Suite 410
Richmond, VA 23230
Tel: (804) 977-2688
Fax: (703) 777-3656
cputbrese@dbllawyers.com

Triston Chase O'Savio (Bar No. PA 325827)
DUNLAP BENNTT & LUDWIG PLLC
8300 Boone Blvd, Suite 200
Vienna, VA 22812
Tel: (703) 755-7320
Fax: (703) 777-3656
tosavio@dbllawyers.com

*Counsel for Plaintiff David G. Wortman*